# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**BRUNSON ROBERTS**  **PETITIONER**
**ADC#127841**

**v.**         **CASE NO. 5:09cv00314 BSM/JTR**

**LARRY NORRIS, Director,**
**Arkansas Department of Correction**         **RESPONDENT**

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections have been reviewed. After carefully considering these documents and making a *de novo* review of the record in this case, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED that the Petition for a Writ of Habeas Corpus, under 28 U.S.C. § 2254 [Doc. No. 2], is DISMISSED, WITH PREJUDICE.

Dated this 1st day of June, 2011.

_____
UNITED STATES DISTRICT JUDGE