UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**BRUNSON ROBERTS**                                                            **PETITIONER**
**ADC#127841**

**v.**              **CASE NO. 5:09cv00314 BSM/JTR**

**LARRY NORRIS, Director,**
**Arkansas Department of Correction**                              **RESPONDENT**

## JUDGMENT

Consistent with the order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that judgment be entered in favor of respondent, and this habeas action is hereby DISMISSED, WITH PREJUDICE.

Dated this 1st day of June, 2011.

_____
UNITED STATES DISTRICT JUDGE